IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SA&H ALABAMA HOLDINGS, LLC, a Delaware limited liability company and SOUTHERN HVAC CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LAST MINUTE INVESTMENTS B INC., f/k/a Jones-Nunn, Inc.; LAST MINUTE INVESTMENTS A LLC, f/k/a McCutcheon Mechanical Services, LLC; and JASON DEWAYNE GERSTMAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) CASE NO. <br> ) <br> ) 1:24-cv-01067-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

AND NOW the Court having considered Defendants' letter motion to compel document production [D.I. ----] (the "Motion to Compel") and any written response thereto filed by Plaintiffs [D.I. 76]; and the Court having heard argument from counsel on February 26, 2026, with respect to the foregoing discovery disputes; and the Court having found that Defendants have shown good cause in support of the relief requested by the Motion to Compel; and for the reasons stated on the record at the February 26 hearing;

The Court orders the following:

1. The Motion to Compel is GRANTED *in part* as set forth herein and as stated on the record of the February 26 hearing.

{02208545;v1 }

2. Within ~~twenty (20)~~ **Thirty (30)** days from the date of entry of this Order, and subject to the terms and provisions of the governing protective order entered in this action with respect to document productions, Plaintiffs are directed to produce copies of all documents relevant to their asserted damages and claims for recovery of attorneys' fees and expenses incurred in the (a) Alabama Action (as that term is used in the Motion to Compel)~~, and (b) in this action~~. This obligation to produce documents includes without limitation the obligation to produce copies of any relevant engagement agreement(s) and any invoices in respect thereof.

3. Within ~~twenty (20) days~~ **two weeks** from the date of entry of this Order, and subject to the terms and provisions of the governing protective order entered in this action with respect to document productions, Plaintiffs are directed to produce copies of the Alabama Action written discovery record, including without limitation copies of written discovery requests, written discovery responses, and documents produced by, ~~produced to, or otherwise exchanged by any of~~ **Plaintiffs** ~~the parties~~ **in** to the Alabama Action, regardless of whether such documents were designated by a Producing Party as "Confidential" or "Attorneys Eyes Only".

IT IS SO ORDERED this 26th day of Feb, 2026.

_____
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE

{02208545;v1 }